UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **Joe Hand Promotions, Inc.,**<br>Plaintiff,<br><br>vs.<br><br>**Joseph Skaar, individually d/b/a Locker Room, Jesse Murphy, individually d/b/a Locker Room, and RSK Investments, LLC d/b/a Locker Room,**<br>Defendants. | Case No. 10-cv-13<br><br>**ORDER FOR SETTLEMENT AND DISMISSAL**<br>DESIGNATION: OTHER STATUTES<br>409 Cable/Satellite TV |

Based upon the Stipulation for Settlement and Dismissal entered into by the parties in the above captioned matter,

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. The defendants shall pay to the plaintiff the total sum of $500 in settlement of the case on or before December 31, 2010

Said payments shall be made payable to Dubin & Balistreri, Ltd. Client Trust Acct and sent to Dubin & Balistreri, Ltd., 1551 North Prospect Avenue, P.O. Box 510500, Milwaukee, WI 53203-0091.

2. Should the Defendants fail to make said payment on or before December 31, 2010, Plaintiff shall have the right, upon the filing of an affidavit of default, without notice to the Defendants, Joseph Skaar and RSK Investments, LLC, to reopen this matter and take judgment against said defendant, in the amount of $10,000 plus costs.

3. The above captioned matter shall be dismissed as to the defendants, Joseph Skaar and RSK Investments, LLC, with prejudice and without further costs to either party.

Dated at ~~Milwaukee~~ Madison, Wisconsin this 29th day of December, 2010.

BY THE COURT:

_____
United States ~~District~~ Magistrate Judge